# United States District Court

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER OF DEFERRED ENTRY OF JUDGEMENT |
| V. | |
| Taras Zelenchuck | CASE NUMBER: 6:06-mj-0115-WMW |

Having met the conditions of supervision, the Court hereby discharges the defendant from supervision and dismisses those proceedings under which supervision has been ordered.

IT IS SO ORDERED.

**Dated:    March 14, 2007**            _____/s/  **William M. Wunderlich**_____
mmkd34                                    UNITED STATES MAGISTRATE JUDGE